IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW CHANG and RYAN SANTOS, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIPS BRYANT PARK LLC d/b/a BRYANT PARK HOTEL, PHIL COLUMBO and MICHAEL STRAUSS,<br><br>Defendants. | Case No.: 17-cv-8816<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: April 30, 2020    Respectfully submitted,

                              **LEE LITIGATION GROUP, PLLC**

                              By:   */s/ C.K. Lee*
                                     C.K. Lee, Esq.
                                     Anne Seelig, Esq.
                                     148 West 24th Street, Eighth Floor
                                     New York, NY 10011
                                     Tel.: 212-465-1188
                                     *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*