# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW CHANG and RYAN SANTOS, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIPS BRYANT PARK LLC d/b/a BRYANT PARK HOTEL, PHIL COLUMBO and MICHAEL STRAUSS,<br><br>Defendants. | Case No.: 17-cv-8816<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and (iii) Unopposed Motion for Approval of Class Representatives' Service Awards and Release Payment, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel $325,000.00 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $4,903.67, to be paid from the Settlement Fund; and (2) awarding Rust Consulting Inc., as Settlement Administrator, administration fees of $30,000, to be paid from the Settlement Fund.

Dated: April 30, 2020	Respectfully submitted,

	**LEE LITIGATION GROUP, PLLC**

	By: */s/ C.K. Lee*
	C.K. Lee, Esq.
	Anne Seelig, Esq.
	148 West 24th Street, Eighth Floor
	New York, NY 10011
	Tel.: 212-465-1188
	Fax: 212-465-1181
	*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*