# EXHIBIT A

## Detailed Time Records and List of Expenses

## [Redacted on ECF]