UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANDREW CHANG, on behalf of themselves, FLSA Collective Plaintiffs and the Class, et al.,

        Plaintiffs,

  -v-                                    No. 17-CV-8816-LTS-SLC

PHILIPS BRYANT PARK LLC d/b/a
BRYANT PARK HOTEL, et al.,

        Defendants.

-------------------------------------------------------x

## Order

The Court has received and reviewed Plaintiffs' proposed order granting Plaintiffs' motions for final approval of the FLSA and class action settlement, class representatives' service awards, and attorneys' fees and reimbursement of expenses. (Docket Entry No. 74.) Paragraph 7 of the proposed order provides that "[o]n January 15, 2020, more than 90 days prior to the date of this Order, Defendants mailed CAFA notices to the appropriate federal and state officials." (Docket Entry No. 74.) However, the Court has not received an evidentiary submission to support this statement. Plaintiffs are directed to file by **Friday, May 15, 2020**, a declaration confirming that the required notices were timely given.

Plaintiffs are further directed to email a Word version of their Proposed Order (docket entry no. 74-1) to the Chambers of the undersigned using the email address available on the Court's website.

SO ORDERED.

Dated: New York, New York
       May 7, 2020

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge