UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANDREW CHANG, on behalf of themselves,
FLSA Collective Plaintiffs and the Class, et al.,

        Plaintiffs,

  -v-                                                No.  17-CV-8816-LTS-SLC

PHILIPS BRYANT PARK LLC, d/b/a
BRYANT PARK LLC, et al.,

        Defendants.

-------------------------------------------------------x

## Order

        In light of the COVID-19 pandemic, the Fairness Hearing scheduled for **Thursday, May 21, 2020, at 2:30 p.m**. in the above-captioned matter will proceed telephonically.  To access the call, participants must dial 888-363-4734 and enter the access code 1527005, followed by the security code 2832.  Call participants are directed to observe the following rules:

        1.  Use a landline whenever possible.

        2.  Use a handset rather than a speakerphone.

        3.  All callers in to the line must identify themselves if asked to.

        4.  Identify yourself each time you speak.

        5.  Mute when you are not speaking to eliminate background noise.

        6.  Spell proper names.

        Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

    SO ORDERED.

Dated: New York, New York
      May 14, 2020

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge