# EXHIBIT D

Pay Statement: **2017** - **43** - **1**

| Philips Bryant Park | Period Beginning Date | Pay Date | Co. | Clock | Home Dept |
|---|---|---|---|---|---|
| | 10/14/2017 | 10/26/2017 | MYX | HF | 160140 |
| | Period Ending Date | WGPS Advance Pay Date | File# | Number | Worked In Dept |
| | 10/20/2017 | | 200112 | 00430050 | 160140 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 831.20 |
| Regular | Rate: 20.7800 | Hours: 40.00 | $ 831.20 |
| **Taxes** | | | $ 106.45 |
| Federal Income Tax | | | $ 11.21 |
| Social Security | | | $ 47.59 |
| Medicare | | | $ 11.13 |
| State Worked In: New York | Code: NY | | $ 20.51 |
| SUI/SDI: New York (Taxing} | Code: 19 | | $ 0.60 |
| Locality Worked In: City Tax | Code:0022 | | $ 15.41 |
| **Deductions** | | | $ 174.39 |
| E - DENTAL | | | $ 3.60 |
| K - 401K | | | $ 99.74 |
| PFL - NY Pd Fam Leave | | | $ 1.05 |
| R - TRANSIT | | | $ 60.00 |
| S - Meal Allowance | | | $ 10.00 |
| **Take Home** | | | $ 550.36 |
| CHECKING | | | $ 550.36 |

DEF010525