# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
tel: 212-465-1180
fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-661-1008
anne@leelitigation.com

June 2, 2020

**Via ECF**

The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *Chang v. Philips Bryant Park LLC, et al.*
       No. 17-cv-8816

Dear Judge Swain:

We are counsel to Plaintiffs and the Class in the above-referenced matter. We write to update the Court regarding the parties' amendment of the Settlement Agreement, and to respectfully request the Court so Order Defendants to return the executed Addendum to Settlement Agreement and Release ("Addendum") to the undersigned by Friday, June 5, 2020, so we may file same together with the revised proposed Order.

Pursuant to the Court's instruction, following the final approval hearing on May 21 2020, the undersigned immediately drafted the Addendum in accordance with the terms set forth by the parties in the joint letter dated May 19, 2020 at Dkt. 85, as discussed on the record during the final approval hearing on May 21, 2020, and forwarded same to Defendants' counsel for execution, together with a revised Proposed Order on May 22, 2020, 11 days ago.  We have followed up with Defendants' counsel 5 times since then, to no avail.  Defendants' only response was on May 28, 2020 where he said he was "waiting on client approval."  We do not understand Defendants' delay, as the amendment was already approved by Defendants and submitted to the Court by Dkt. 85.

To avoid further delay and to expedite the distribution of funds to Class Members (which can only occur following the Court's entry of a Final Approval Order), we ask that the Court set a firm deadline for Defendants to return the signed Addendum, which we propose to be Friday, June 5, 2020.  If Defendants fail to execute the proposed Addendum by June 5, 2020, Plaintiffs respectfully request the Court to allow Plaintiffs to submit a Proposed Order that reflects the parties' agreed-upon amendment, which only serves to benefit Defendants.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc:   Defendants via ECF

---

Defendants have confirmed on the record through counsel their assent to the amendment, which is to their benefit. Defendants are directed to provide Plaintiffs' counsel with a signature, or authorize Plaintiffs' counsel to add an electronic signature on their behalf, by June 5, 2020. DE#87 resolved.
SO ORDERED.
/s/Laura Taylor Swain, USDJ  6/2/20